UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERINA DUNLAP,

    Plaintiff,

v.                                                     Case No: 8:15-cv-1050-T-36TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on May 24, 2016 (Doc. 22). In the Report and Recommendation, Magistrate Judge Wilson recommends that the decision of the Commissioner be affirmed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3)     The Clerk is directed to terminate all pending motions and deadlines and close this file.

**DONE AND ORDERED** at Tampa, Florida on June 13, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record